ACCEPTED
03-14-00138-CR
3689611
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 6:15:29 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00138-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | THIRD COURT |
| | § | |
| LARRY DEWAYNE GARRETT | § | OF APPEALS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 6:15:29 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW LARRY DEWAYNE GARRETT, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6(d), in compliance with Rule 10.5(b), of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law Number 2&3 of Bell County, Texas.

2. The case below was styled the *State of Texas vs. LARRY DEWAYNE GARRETT*, and was numbered 2C1307176.

3. Appellant was convicted of Violation of Protective Order.

4. Notice of appeal was given on March 6, 2014.

6. The clerk's record was filed on April 16, 2014; the reporter's record was filed on August 26, 2014

7. The appellate brief is presently due on January 5, 2015.

8. Appellant requests an extension of time of 100 days from the original due date; i.e. until April 15, 2015

9. Previous extensions have been requested or granted for the filing of Appellant's brief in this cause.

10. Defendant is not currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant is conducting a supplemental investigation into the facts and law surrounding the case. The complete reporter's record in this case has not been filed as

of January 5, 2015. The record should be filed soon, as a result, counsel has not had an opportunity to adequately review the record from the court below and prepare a completed brief, though counsel has begun the process and expects to be completed with Appellant's brief very soon.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

THE LAW OFFICES OF
MICHAEL F. WHITE, P.C.
100 Kasberg Drive Suite A
Temple, TX 76502
Tel: (254) 770-3388
Fax: (254) 770-0883

By: _____
Michael F. White
State Bar No. 00785231
lawyer@vvm.com

CERTIFICATE OF SERVICE
This is to certify that on January 7, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney, Bell County, Texas

_____
Michael F. White

STATE OF TEXAS §
§
COUNTY OF BELL §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Jeffrey D. Parker, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Michael F. White
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on 1-7-15, to certify which witness my hand and seal of office.

DANIELLE DIANE KNEESE-BURGAN
MY COMMISSION EXPIRES
July 15, 2016

Danielle Diane Kneese Burgan
Notary Public, State of Texas